1  Shaun Setareh (SBN 204514)
     shaun@setarehlaw.com
2  Thomas Segal (SBN 222791)
     thomas@setarehlaw.com
3  SETAREH LAW GROUP
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, California  90212
   Telephone (310) 888-7771
5  Facsimile (310) 888-0109

6  Attorneys for Plaintiff,
   JAS SOMAN
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAS SOMAN, on behalf of herself, all others    Case No. 3:17-CV-06076-JD
   | similarly situated,
13 |                                                Assigned For All Purposes to the Honorable
   |               *Plaintiff*,                     James Donato, Courtroom 11
14 |
   |        vs.                                     **CLASS ACTION**
15 |
   | ALAMEDA HEALTH SYSTEM, a public                **FIRST AMENDED COMPLAINT**
16 | hospital authority; and DOES 1 through 100,
   | inclusive,                                     1. Violation of 15 U.S.C. §§ 1681b(b)(2)(A)
17 |                                                    (Fair Credit Reporting Act);
   |               *Defendants*.                    2. Violation of 15 U.S.C. §§ 1681d(a)(1) and
18 |                                                    1681g(c) (Fair Credit Reporting Act);
   |                                                3. Violation of California Civil Code § 1786
19 |                                                   *et seq.* (Investigative Consumer Reporting
   |                                                    Agencies Act)
20 |                                                4. Unfair Competition (Bus. & Prof. Code §§
   |                                                    17200, *et seq.*);
21 |
22 |                                                **JURY TRIAL DEMANDED**

23

24

25

26

27

28

---

*Soman v. Alameda Health System*                            Class Action Complaint

COMES NOW, Plaintiff Jas Soman (hereafter "Plaintiff"), on behalf of herself and all others similarly situated, complains and alleges as follows:

### INTRODUCTION

1.    Plaintiff brings this class action against defendant ALAMEDA HEALTH SYSTEM, a public hospital authority; and DOES 1 through 100, inclusively (collectively referred to as "Defendants") for alleged violations of the Fair Credit Reporting Act ("FCRA") and similar California laws.

2.    Plaintiff alleges that Defendants routinely acquire consumer, investigative consumer and/or consumer credit reports (referred to collectively as "credit and background reports") to conduct background checks on Plaintiff and other prospective, current and former employees and use information from credit and background reports in connection with their hiring process without providing proper disclosures and obtaining proper authorization in compliance with the law.

3.    Plaintiff, individually and on behalf of all others similarly situated current, former, and prospective employees, seeks compensatory and punitive damages due to Defendants' systematic and willful violations of the FCRA, 15 U.S.C. §§ 1681 *et seq.*, the California Investigative Consumer Reporting Agencies Act ("ICRAA") (Cal. Civ. Code § 1786, *et seq.*), and the California Consumer Credit Reporting Agencies Act ("CCRAA") (Cal. Civ. Code § 1785, *et seq.*).

### JURISDICTION AND VENUE

4.    This Court has original subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. section 1331 because these claims seek redress for violation of Plaintiff's and the putative class' federal statutory rights under the Fair Credit Reporting Act (15 U.S.C. §§ 1681 *et seq.*).

5.    This Court has supplemental jurisdiction over Plaintiff's and the putative class' state law claims pursuant to 28 U.S.C. section 1367(a) because these claims are so closely related to Plaintiff's and the putative class' FCRA claims that they form parts of the same case or controversy under Article III of the United State Constitution.

6.     Venue is proper in this District under 28 U.S.C. section 1391(b)(2) and (c) because a substantial part of the events and omissions giving rise to the claims alleged in this complaint occurred in this District.

7.     This Court has personal jurisdiction over this matter because Defendants conduct substantial business activity in this District, and because many of the unlawful acts described in this complaint occurred in this District and gave rise to the claims alleged.

## PARTIES

8.     Plaintiff was employed by Defendant as an hourly, non-exempt employee working in the State of California from approximately January 3, 2017 through June 13, 2017.

9.     Defendant ALAMEDA HEALTH SYSTEM is a public hospital authority organized and existing under the laws of California and operates in the State of California.

10.     Plaintiff is ignorant of the true names, capacities, relationships, and extent of participation in the conduct alleged herein, of the defendants sued as DOES 1 through 100, inclusive, but is informed and believes and thereon alleges that said defendants are legally responsible for the wrongful conduct alleged herein and therefore sues these defendants by such fictitious names. Plaintiff will amend the Complaint to allege the true names and capacities of the DOE defendants when ascertained.

11.     Plaintiff is informed and believes and thereon alleges that, at all relevant times herein, all Defendants were the agents, employees and/or servants, masters or employers of the remaining defendants, and in doing the things hereinafter alleged, were acting within the course and scope of such agency or employment, and with the approval and ratification of each of the other Defendants.

12.     Plaintiff alleges that each and every one of the acts and omissions alleged herein were performed by, and/or attributable to, all Defendants, each acting as agents and/or employees, and/or under the direction and control of each of the other defendants, and that said acts and failures to act were within the course and scope of said agency, employment and/or direction and control.

///

## CLASS ALLEGATIONS

13.    This action has been brought and may be maintained as a class action pursuant to California Code of Civil Procedure § 382 because there is a well-defined community of interest among the persons who comprise the readily ascertainable classes defined below and because Plaintiff is unaware of any difficulties likely to be encountered in managing this case as a class action.

14.    **Class Definitions:** The classes are defined as follows:

A.    **FCRA Class:** All of Defendants' current, former and prospective applicants for employment in the United States who applied for a job with Defendants at any time during the period for which a background check was performed beginning five years prior to the filing of this action and ending on the date that final judgment is entered in this action.

B.    **ICRAA Class:** All of Defendant's current, former, and prospective applicants for employment in California, at any time during the period beginning five years prior to the filing of this action and ending on the date that final judgment is entered into this action.

15.    **Reservation of Rights:** Pursuant to Rule of Court 3.765(b), Plaintiff reserves the right to amend or modify the class definitions with greater specificity, by further division into subclasses and/or by limitation to particular issues.

16.    **Numerosity:** The class members are so numerous that the individual joinder of each individual class member is impractical.  While Plaintiff does not currently know the exact number of class members, Plaintiff is informed and believes that the actual number exceeds the minimum required for numerosity under California law.

17.    **Commonality and Predominance:** Common questions of law and fact exist as to all class members and predominate over any questions which affect only individual class members. These questions include, but are not limited to:

A.    Wherein Defendants willfully failed to provide the class with stand-alone written disclosures before obtaining a credit or background report in compliance with the statutory mandates?

B.     Whether Defendants willfully failed to identify the name, address, telephone number, and/or website of the investigative consumer reporting agency conducting the investigation?

C.     Whether Defendants willfully failed to identify the source of the credit report to be performed?

D.     Wherein Defendants willfully failed to comply with the FCRA, ICRAA and/or the CRAA?

18.     **Typicality:** Plaintiff's claims are typical of the other class members' claims. Plaintiff is informed and believes and thereon alleges that Defendants have a policy, practice or a lack of a policy which resulted in Defendants failing to comply with the FCRA, ICRAA, and CCRAA as alleged herein.

19.     **Adequacy of Class Representative:** Plaintiff is an adequate class representative in that she has no interests that are adverse to, or otherwise in conflict with, the interests of absent class members. Plaintiff is dedicated to vigorously prosecuting this action on behalf of class members. Plaintiff will fairly and adequately represent and protect the interests of class members.

20.     **Adequacy of Class Counsel:** Plaintiff's counsel are adequate class counsel in that they have no known conflicts of interest with Plaintiff or absent class members, are experienced in class action litigation and are dedicated to vigorously prosecuting this action on behalf of Plaintiff and absent class members.

21.     **Superiority:** A class action is vastly superior to other available means for fair and efficient adjudication of class members' claims and would be beneficial to the parties and the Court. Class action treatment will allow a number of similarly situated persons to simultaneously and efficiently prosecute their common claims in a single forum without the unnecessary duplication of effort and expense that numerous individual actions would entail. In addition, the monetary amounts due to many individual class members are likely to be relatively small and would thus make it difficult, if not impossible, for individual class members to both seek and obtain relief. Moreover, a class action will serve an important public interest by

permitting class members to effectively pursue the recovery of monies owed to them. Further, a class action will prevent the potential for inconsistent or contradictory judgments inherent in individual litigation.

## GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

22.    When Plaintiff applied for employment with Defendants, Defendants required her to fill out a disclosure and authorization form to perform a background investigation.

23.    The disclosure provided by Defendants contained extraneous and superfluous language that does not consist solely of the disclosure as required by federal and state laws.

24.    Plaintiff was presented with at least three different disclosure and authorization forms by Defendants.

### Application for Employment

25.    On or about September 8, 2016, Plaintiff was required to fill out an eight-page Application for Employment that contained all manner of extraneous and superfluous language that does not comply with the law as it is not a clear and conspicuous disclosure in a writing that consist solely of the disclosure.  A true and correct copy of this document is attached as Exhibit A.

26.    For example, it is prefaced with the following language: "We consider applicants for all positions without regard to race, color, religion, creed, national origin, age, disability, sexual orientation, marital status, or any other legally protected status."

27.    It contains an "Instructions to Applicant" with detailed instructions: "1. You must fully and accurately complete this Application for employment.  Incomplete applications will not be considered.  Alameda Health System may use the information given in the application to investigate the applicant's previous employment and background.  2. The Application for Employment will be considered inactive after 90 days.  If you wish to be considered after that time, you must complete a new Application for Employment.  3. If you are hired, proof of citizenship or immigration status will be required to verify your lawful right to work in the United States."

28.    The Application requests information such as Education History, to list any

"scholastic honors, specialized training, apprenticeship, and extra-curricular activities that may be helpful in considering [the] application," Skills/Experience, typing speed, medical transcription, word processing and computers proficiency, foreign languages, Licenses/Certifications, Driving Information, Work History, past Military Service, Resume and cover letter, References, miscellaneous questions such as whether the applicant is legally eligible to work in the United States, travel, refrain from smoking, previous employment with Alameda Health System or any of its affiliates, conviction of a crime other than minor traffic offense.

29.    At the end of the Application, it contained an attestation that also included a release of liability for all forms of background check.  The following language *italicized* are considered by Plaintiff to be extraneous and superfluous:

> I hereby authorize investigation of all information contained in this application *and agree that any misleading, false statements or omissions would e cause for rejection of this application or for discharge if I am employed, regardless of the time elapsed since my hire date*.  I understand and agree that any offer of employment will be conditioned upon satisfactory work references and *I hereby authorize Alameda Health System to thoroughly investigate my past employment. I authorize the references I have listed to disclose to Alameda Health System any and all information related to my work records, without giving me prior notice of such disclosure*.  I hereby agree to execute any documents Alameda Heath System deems necessary to such investigation and I agree to cooperate in such investigation.  *Furthermore, I release Alameda Health System and all persons, companies or corporations from any and all claims, demands or liabilities arising out of, or in any way related to, such investigation or disclosure.*
>
> *I certify that I have personally completed this application* and that the information contained herein is true and correct to the best of my knowledge.  I verify that I have read, understand and consent to the above.
>
> My typed name below shall have the same force and effect as my written signature.

### Notice Regarding Background Investigation

30.    On or about September 8, 2016, Plaintiff was also given a one-page "Notice Regarding Background Check Investigation" (the "Notice") which contained extraneous language and superfluous information.  A true and correct copy of this document is attached as Exhibit B.

31.    In addition, on or about September 8, 2016, Plaintiff was given a two-page "Notice Regarding Background Investigation" and "Notice Regarding Background

Investigation Pursuant to California Law" (the "California Notice") that both contained extraneous language and superfluous information. A true and correct copy is attached as Exhibit C.

32.    The Notice and California Notice violate the FCRA's standalone requirement in numerous ways, including but not limited to the following:

- The Notice contains numerous provisions about different states, including New York, Minnesota, and Oklahoma. Even the California Notice contains provisions relating to Minnesota and Oklahoma applicants.

- The Notice and California Notice incorporate not one, but two other documents by stating: "I acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents."

- By placing the acknowledgement of receipt before language stating, "I hereby authorize the obtaining of 'consumer reports' and/or 'investigative consumer reports' at any time after receipt of this authorization and, if I am hired, throughout my employment"

- By inquiring: "**ANSWER REQUIRED:** OK to contact current/most recent employer? ☐ Yes  ☐ No _____"

- By stating: "Information in this document is intended only as a service to inform or be educational in nature. Nothing herein should ever be construed as legal advice or opinion, nor as the offer of such."

### FIRST CAUSE OF ACTION

### FAILURE TO MAKE PROPER DISCLOSURE IN VIOLATION OF THE FCRA

### (15 U.S.C. §§ 1681b(b)(2)(A))

### (By Plaintiff and the FCRA Class Against All Defendants)

33.    Plaintiff incorporates all paragraphs of this Complaint as if fully alleged herein.

34.    Defendants are "persons" as defined by Section 1681a(b) of the FCRA.

35.    Plaintiff and class members are "consumers" within the meaning Section 1681a(c) of the FCRA, because they are "individuals."

36.    Section 1681a(d)(1) of the FCRA defines "consumer report" as

any oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility" for employment purposes.

Thus, a credit and background report qualifies as a consumer report.

37.    Section 1681a(e) of the FCRA defines "investigative consumer report" as:

a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with whom he is acquainted or who may have knowledge concerning any such items of information.

Thus, a credit and background report qualifies as an investigative consumer report.

38.    Section 1681b(b) of the FCRA provides, in relevant part:

Conditions for furnishing and using consumer reports for employment purposes

(2) Disclosure to consumer

(A) In general

Except as provided in subparagraph (B), a person may not procure a consumer report, or cause a consumer report to be procured, for employment purposes with respect to any consumer, unless—

i.    a *clear and conspicuous* disclosure has been made in writing to the consumer at any time before the report is procured or caused to be procured, in a document that *consists solely of the disclosure*, that a consumer report may be obtained for employment purposes; and

ii.    the consumer has authorized in writing (which authorization may be made on the document referred to in clause (i)) the procurement of the report by that person. (Emphasis Added).

39.    Section 1681b(b)(2)(A)(i) requires that a clear and conspicuous disclosure be made in writing.

40.    As described above, Plaintiff alleges, on information and belief, that in evaluating her and other class members for employment, Defendants procured or caused to be

prepared credit and background reports (i.e., a consumer report and/or investigative consumer report, as defined by 15 U.S.C. § 1681a(d)(1)(B) and 15 U.S.C. § 1681a(e)).

41.    The purported disclosures do not meet the requirements under the law because they are embedded with extraneous information, and are not clear and unambiguous disclosures in stand-alone documents.

42.    Under the FCRA, it is unlawful to procure or caused to be procured, a consumer report or investigative consumer report for employment purposes unless the disclosure is made in a document that consists solely of the disclosure and the consumer has authorized, in writing, the procurement of the report. 15 U.S.C. § 1681b(b)(2)(A)(i)-(ii).  The inclusion of a release and other extraneous information, therefore, violates § 1681b(b)(2)(A) of the FCRA.

43.    Although the disclosure and the authorization may be combined in a single document, the Federal Trade Commission ("FTC") has warned that the form should not include any extraneous information or be part of another document.  For example, in response to an inquiry as to whether the disclosure may be set forth within an application for employment or whether it must be included in a separate document, the FTC stated:

> The disclosure may not be part of an employment application because the language [of 15 U.S.C. § 1681b(b)(2)(A) is] intended to ensure that it appears conspicuously in a document not encumbered by any other information. The reason for requiring that the disclosure be in a stand-alone document is to prevent consumers from being distracted by other information side-by-side within the disclosure.

44.    The plain language of the statute also clearly indicates that the inclusion of a liability release in a disclosure form violates the disclosure and authorization requirements of the FCRA, because such a form would not consist "solely" of the disclosure.  In fact, the FTC expressly has warned that the FCRA notice may not include extraneous information such as a release.  In a 1998 opinion letter, the FTC stated:

> [W]e note that your draft disclosure includes a waiver by the consumer of his or her rights under the FCRA. The inclusion of such a waiver in a disclosure form will violate Section 604(b)(2)(A) of the FCRA, which requires that a disclosure consist 'solely' of the disclosure that a consumer report may be obtained for employment purposes.

45.    In a report dated July 2011, the FTC reiterated that: "the notice [under 15 U.S.C § 1681b(b)(2)(A)] may not include extraneous or contradictory information, such as a request

13

for a consumer's waiver of his or her rights under the FCRA."

46.     By including a release and other extraneous information, Defendants willfully disregarded the FTC's regulatory guidance and violated Section 1681b(b)(2)(A) of the FCRA. Additionally, the inclusion of the extraneous provisions causes the disclosure to fail to be "clear and conspicuous" and "clear and accurate," and thus violates §§ 1681b(b)(2)(A) and 1681d(a).

47.     Defendants' conduct in violation of Section 1681b(b)(2)(A) of the FCRA was and is willful. Defendants acted in deliberate or reckless disregard of their obligations and the rights of applicants and employees, including Plaintiff and class members. Defendants' willful conduct is reflected by, among other things, the following facts:

(a)     Defendants are a large corporation with access to legal advice;

(b)     Defendants required a purported authorization to perform credit and background checks in the process of employing the class members which, although defective, evidences Defendants' awareness of and willful failure to follow the governing laws concerning such authorizations;

(c)     The plain language of the statute unambiguously indicates that inclusion of a liability release and other extraneous information in a disclosure form violates the disclosure and authorization requirements; and

(d)     The FTC's express statements, pre-dating Defendants' conduct, which state that it is a violation of Section 1681b(b)(2)(A) of the FCRA to include a liability waiver in the FCRA disclosure form.

48.     Defendants required a liability release, in the disclosure form, along with other extraneous information, that releases all parties involved from any liability and responsibility for releasing information they have about the Plaintiff to Defendants.

49.     Based upon the facts likely to have evidentiary support after a reasonable opportunity for further investigation and discovery, Plaintiff alleges that Defendants have a policy and practice of procuring investigative consumer reports or causing investigative consumer reports to be procured for applicants and employees without informing such applicants of their right to request a summary of their rights under the FCRA at the same time as

the disclosure explaining that an investigative consumer report may be made. Pursuant to that policy and practice, Defendants procured investigative consumer reports or caused investigative consumer reports to be procured for Plaintiff and class members, as described above, without informing class members of their rights to request a written summary of their rights under the FCRA.

50.    Accordingly, Defendants willfully violated and continue to violate the FCRA including, but not limited to, §§ 1681b(b)(2)(A) and 1681d(a). Defendants' willful conduct is reflected by, among other things, the facts set forth above.

51.    As a result of Defendants' illegal procurement of credit and background reports by way of their inadequate disclosures, as set forth above, Plaintiff and class members have been injured including, but not limited to, having their privacy and statutory rights invaded in violation of the FCRA.

52.    Plaintiff, on behalf of herself and all class members, seeks all available remedies pursuant to 15 U.S.C. § 1681n, including statutory damages and/or actual damages, punitive damages, injunctive and equitable relief and attorneys' fees and costs.

53.    In the alternative to Plaintiff's allegation that these violations were willful, Plaintiff alleges that the violations were negligent and seeks the appropriate remedy, if any, under 15 U.S.C. § 1681o, including actual damages and attorneys' fees and costs.

## SECOND CAUSE OF ACTION

### FAILURE TO GIVE PROPER SUMMARY OF RIGHTS IN VIOLATION OF FCRA

### (15 U.S.C. § 1681d(a)(1) and 1681g(c))

### (By Plaintiff and the FCRA Class Against All Defendants)

54.    Plaintiff incorporates all paragraphs of this Complaint as if fully alleged herein.

55.    Section 1681d provides:

(a) Disclosure of fact of preparation
  A person may not procure or cause to be prepared an investigative consumer report on any consumer unless–
 (1) it is *clearly and accurately disclosed* to the consumer that an investigative consumer report including information as to his character, general reputation, personal characteristics, and mode of living, whichever are applicable, may be made, and such disclosure;

(2) is *made in a writing mailed, or otherwise delivered*, to the

---

*Soman v. Alameda Health System*                                    Class Action Complaint

consumer, not later than three days after the date on which the report was first requested, and

(3) *includes a statement informing the consumer of his right to request the additional disclosures* provided for under subsection (b) of this section *and the written summary of the rights of the consumer prepared pursuant to section 1681g(c)* of this title; (Emphasis Added.)

(4) Subsection (b) of Section 1681d(a)(1) provides:
Any person who procures or causes to be prepared an investigative consumer report on any consumer shall, upon written request made by the consumer within a reasonable period of time after the receipt by him of the disclosure required by subsection (a)(1) of this section (a)(1) of this section, make a *complete and accurate disclosure of the nature and scope of the investigation requested*; (Emphasis Added).  This disclosure shall be made in a writing mailed, or otherwise delivered, to the consumer not later than five days after the date on which the request for such disclosure was received from the consumer or such report was first requested, whichever is the later.

56.    Moreover, Defendant did not comply with Section 1681d(a)(1)(b) because the disclosures fail to inform the consumer of the right to have the person who procured the report provide a complete and accurate disclosure of the nature and scope of the investigation requested.

## THIRD CAUSE OF ACTION

### FAILURE TO MAKE PROPER DISCLOSURE IN VIOLATION OF ICRAA

### (Cal. Civ. Code § 1786 *et seq.*)

### (By Plaintiff and the ICRAA Class Against All Defendants)

57.    Plaintiff incorporates all paragraphs of this Complaint as if fully alleged herein.

58.    Defendants are "persons" as defined by Section 1786.2(a) of the Investigative Consumer Reporting Agencies Act ("ICRAA").

59.    Plaintiff and **ICRAA Class** members are "consumers" within the meaning Section 1786.2(b) of the ICRAA, because they are "individuals."

60.    Section 1786.2(c) of the ICRAA defines "investigative consumer report" as:

a consumer report in which information on a consumer's character,

general reputation, personal characteristics, or mode of living is obtained

through any means.

61.    Thus a background checks qualifies as an investigative consumer report under the ICRAA

---

62.     Section 1786.16(a)(2) of the ICRAA provides, in relevant part:

If, at any time, an investigative consumer report is sought for employment purposes…the person seeking the investigative consumer report may procure the report, or cause the report to be made, only if all of the following apply:

(B) The person procuring or causing the report to be made provides a ***clear and conspicuous*** disclosure in writing to the consumer at any time before the report is procured or caused to be made ***in a document that consists solely of the disclosure***, that:

(i) An investigative consumer report may be obtained.

(ii) The permissible purpose of the report is identified.

(iii) The disclosure may include information on the consumer's character, general reputation, personal characteristics, and mode of living.

(iv) Identifies the ***name, address, and telephone number of the investigative consumer reporting agency*** conducting the investigation.

(v) Notifies the consumer in writing of the nature and scope of the investigation requested, including the provisions of Section 1786.22.

(vi) ***Notifies the consumer of the Internet Web site address of the investigative consumer reporting agency*** identified in clause (iv), or, ***if the agency has no Internet Web site address, the telephone number of the agency***, where the consumer may find information about the investigative reporting agency's privacy practices, including whether the consumer's personal information will be sent outside the United States or its territories and information that complies with subdivision (d) of Section 1786.20. This clause shall become operative on January 1, 2012.

(C) The consumer has authorized in writing the procurement of the report.

(Emphasis added.)

63.     As described above, Plaintiff alleges that in evaluating her and other class members for employment, Defendants procured or caused to be prepared investigative consumer report (e.g. background checks), as defined by Cal. Civ. Code § 1786.2(c).

64.     Because the purported disclosures are embedded with extraneous information, and are not clear and unambiguous disclosures in stand-alone documents, they do not meet the requirements under the law.

65.     Under the ICRAA, it is unlawful to procure or caused to be procured, a consumer report or investigative consumer report for employment purposes  unless the disclosure is made in a document that consists solely of the disclosure and the consumer has authorized, in writing, the procurement of the report. Cal. Civ. Code § 1786.16(a)(2)(B)-(C). The inclusion of the Release and other extraneous information, therefore, violates § 1786.16(a)(2)(B) of the ICRAA.

66.     The plain language of the statute clearly indicates that the inclusion of a liability

1  release in a disclosure form violates the disclosure and authorization requirements of the

2  ICRAA, because such a form would not consist "solely" of the disclosure.

3        67.    By including the Release and other extraneous information, Defendants willfully

4  violated § 1786.16(a)(2)(B) of the ICRAA.  Additionally, the inclusion of the extraneous

5  provisions causes the disclosure to fail to be "clear and conspicuous" and thus violates §

6  1786.16(a)(2)(B).

7        68.    Based upon facts that are likely to have evidentiary support after a reasonable

8  opportunity for investigation and discovery, Plaintiff alleges that Defendants have a policy and

9  practice of failing to provide adequate written disclosures to applicants and employees, before

10  procuring background checks or causing background checks to be procured, as described above.

11  Pursuant to that policy and practice, Defendants procured background checks or caused

12  background checks to be procured for Plaintiff and class members without first providing a

13  written disclosure in compliance with § 1786.16(a)(2)(B) of the ICRAA, as described above.

14        69.    Defendants' conduct in violation of § 1786.16(a)(2)(B) of the ICRAA was and is

15  willful and/or grossly negligent. Defendants acted in deliberate or reckless disregard of their

16  obligations and the rights of applicants and employees, including Plaintiff and class members.

17  Defendants' willful conduct is reflected by, among other things, the following facts:

18        (a) Defendants are large corporations with access to legal advice;

19        (b)    Defendants required a purported authorization to perform credit and

20  background checks in the process of employing the class members which, although defective,

21  evidences Defendants' awareness of and willful failure to follow the governing laws concerning

22  such authorizations; and

23        (c)    The plain language of the statute unambiguously indicates that inclusion

24  of a liability release and other extraneous information in a disclosure form violates the

25  disclosure and authorization requirements, and that the disclosure form must contain the name,

26  address, phone number, and/or website address of the investigative consumer reporting agency

27  conducting the investigation.

28        70.    As a result of Defendants' illegal procurement of background reports by way of

their inadequate disclosures, as set forth above, Plaintiff and class members have been injured including, but not limited to, having their privacy and statutory rights invaded in violation of the ICRAA.

71.    Plaintiff, on behalf of herself and all class members, seeks all available remedies pursuant to Cal. Civ. Code § 1786.50, including statutory damages and/or actual damages, punitive damages, and attorneys' fees and costs.

72.    In the alternative to Plaintiff's allegation that these violations were willful or grossly negligent, Plaintiff alleges that the violations were negligent and seeks the appropriate remedy, if any, under Cal. Civ. Code § 1786.50(a), including actual damages and attorneys' fees and costs.

## FOURTH CAUSE OF ACTION

### UNFAIR COMPETITION

### (Bus. & Prof. Code §§ 17200, *et seq.*)

### (By Plaintiff and FCRA, ICRAA and CCRAA Class)

73.    Plaintiff incorporates the preceding paragraphs of the Complaint as if fully alleged herein.

74.    Business and Professions Code section 17200 defines "unfair competition" to include any unlawful business practice.

75.    Business and Professions Code sections 17203–17204 allow a person who has lost money or property as a result of unfair competition to bring a class action in accordance with Code of Civil Procedure section 382 to recover money or property that may have been acquired from similarly situated persons by means of unfair competition.

76.    Federal and California laws require certain disclosures and proper authorization before conducting background checks and obtaining information from credit and background reports in connection with a hiring process.

77.    Plaintiff and the UCL Class re-alleges and incorporates by reference the FIRST, SECOND, THIRD and FOURTH causes of action herein.

78.    Plaintiff lost money or property as a result of the aforementioned unfair

competition.

79.    Defendants have, or may have, acquired money by means of unfair competition.

80.    Defendants have violated Federal and California laws through their policies and practices of, *inter alia*, routinely acquiring consumer, investigative consumer and/or consumer credit reports (referred to collectively as "credit and background reports") to conduct background checks on Plaintiff and other prospective, current and former employees and use information from credit and background reports in connection with their hiring process without providing proper disclosures and obtaining proper authorization in compliance with the law.

81.    The unlawful conduct of Defendants alleged herein amounts to and constitutes unfair competition within the meaning of Business and Professions Code sections 17200, *et seq*. Business and Professions Code section 17200, *et seq*., protects against unfair competition and allows a person who has suffered an injury-in-fact and has lost money or property as a result of an unfair, unlawful, or fraudulent business practice to seek restitution on his own behalf and on behalf of other similarly situated persons in a class action proceeding.

82.    Plaintiff is informed and believes that other similarly situated persons have been subject to the same unlawful policies or practices of Defendants.

83.    Due to its unfair and unlawful business practices in violation of Federal and California laws as alleged herein, Defendants have gained a competitive advantage over other comparable companies doing business in the State of California that comply with their legal obligations.

84.    Pursuant to Business and Professions Code section 17203, Plaintiff, on behalf of herself and the other members of the **FCRA, ICRAA and CCRAA Class**, seeks declaratory relief and restitution of all monies rightfully belonging to them that Defendants did not pay them or otherwise retained by means of its unlawful and unfair business practices.

85.    Pursuant to Code of Civil Procedure § 1021.5, the substantial benefit doctrine and/or the common fund doctrine, Plaintiff and the other members of the **FCRA, ICRAA and CCRAA Class** are entitled to recover reasonable attorneys' fees in connection

1   with their unfair competition claims.

2   ## PRAYER FOR RELIEF

3       WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, prays for

4   relief and judgment against Defendants as follows:

5               A.  An order that the action be certified as a class action;

6               B.  An order that Plaintiff be appointed class representative;

7               C.  An order that counsel for Plaintiff be appointed class counsel;

8               D.  Statutory penalties;

9               E.  Civil penalties;

10              F.  Punitive damages;

11              G.  Injunctive relief;

12              H.  Costs of suit;

13              I.   Interest;

14              J.  Restitution;

15              K.  Reasonable attorneys' fees; and

16              L.  Such other relief as the Court deems just and proper.

17  ## DEMAND FOR JURY TRIAL

18      Plaintiff, on behalf of herself and all others similarly situated, hereby demands a jury

19  trial on all issues so triable.

20

21  Dated: March 27, 2018                     SETAREH LAW GROUP

22

23

24

25                                            SHAUN SETAREH
                                              Attorney for Plaintiff,
26                                            JAS SOMAN

27

28

---

*Soman v. Alameda Health System*                              Class Action Complaint

EXHIBIT A

 Job Application

Page 1 of 8

 **ALAMEDA**

HEALTH SYSTEM

| **Position Applied For** |
|---|
| **Position:** Surgical Technician |
| **Facility:** Highland General Hospital |
| **Department:** SURGERY |
| **Schedule:** Full Time |
| **Req Num:** 17571 |

Application for Employment

We consider applicants for all positions without regard to race, color, religion, creed, national origin, age, disability, sexual orientation, marital status, or any other legally protected status.

**Instructions to Applicant**

1. You must fully and accurately complete the Application for employment. Incomplete applications will not be considered. Alameda Health System may use the information given in the application to investigate the applicant's previous employment and background.
2. The Application for Employment will be considered inactive after 90 days. If you wish to be considered after that time, you must complete a new Application for Employment.
3. If you are hired, proof of citizenship or immigration status will be required to verify your lawful right to work in the United States.

**\* required information**

September 8, 2016

PERSONAL INFORMATION

Are you a current employee of Alameda Health System?\* (X)No

First Name:\* Jas   MI: K

Last Name:\* Soman

Address:\* 723 Camino Plaza # 260

City:\* San Bruno

State:\* CA

Zip:\* 94066

Social Security Number:\* 1558

Home/Other Phone:\* 650 - 834 - 5530

Work Phone: 415 - 421 - 4900

Cell Phone: 650 - 834 - 5530

Best way to contact: Cell Phone

Email Address:\* birsoman@outlook.com

EDUCATION
High School

Name of school: Mills High School     Years completed? 4

Street: 400 Murchison drive     Degree Type: HIGH SCHOOL

City: Millbrae     Did you graduate? Yes

State: CA Province:

Job Application

Zip: 94030

Country: USA

**Undergraduate**

Name of school: Argosy University

Street:

City: Alameda

State: CA Province:

Zip:

Country: USA

Major: Business Management

Degree Type: BACHELORS

Did you graduate? No

**Technical**

Name of school: Skyline College

Street: 3300 College Dr

City: San Bruno

State: CA Province:

Zip: 94066

Country: USA

Major: Surgical Technologis

Degree Type: NO DEGREE

Did you graduate? Yes

List scholastic honors, specialized training, apprenticeship, and extra-curricular activities that may be helpful in considering your application:

I volunteer at the Church of the Highland in San Bruno for Human traffic awareness. We work together with Sequoia Hospital in Redwood City.

**SKILLS / EXPERIENCE**

*Check all that apply*

| | | | |
|---|---|---|---|
| ( ) Billing | ( ) ICU-CCU | ( ) Nursing Supervision | ( ) Geriatric |
| ( ) Hospital Admitting | (X) Neurology | ( ) Respiratory Therapy | ( ) Med/Surg |
| (X) Medical Terminology | ( ) Physical Therapy | ( ) E.M.S. | (X) Orthopaedics |
| ( ) Pediatrics/LDRP | (X) X-Ray | ( ) Lab/Chemistry | ( ) Switchboard |
| ( ) Transcription | ( ) Rad Tech | ( ) Oncology | ( ) Medical Transcription |
| ( ) Accounting | ( ) I.V. Therapy | (X) Surgery/Recovery Room | ( ) Coding |
| ( ) Occupational Therapy | ( ) Security | ( ) Maintenance | ( ) Training and Education |
| ( ) Human Resources | (X) Communications | (X) Housekeeping | ( ) Sports Medicine |
| ( ) Cardiopulmonary | (X) Emergency | ( ) Social Work | ( ) CNA |
| ( ) Chaplain Services | (X) Trauma | ( ) Public Relations | ( ) LPN |
| ( ) Safety | (X) Joints | ( ) Speech Therapy | ( ) Post Acute/ Assisted Living |
| ( ) Radiology | ( ) Pharmacy | ( ) Community Outreach | ( ) Diabetes Management |
| ( ) Nutrition | ( ) Dietary | ( ) MIS(IT) | ( ) Performance Services |

Typing Speed - WPM: 35

Errors: 0

Medical Transcription - WPM: 35

Word Processing / Computers: Windows, Excel, Spread sheet

Office Equipment / Products / Mobile Machinery:

Foreign Languages: Hindi

Other skills not mentioned above:

Job Application

Membership in Professional or Civic Organizations:
(You may exclude those which may disclose your race, color, religion or national origin.)

**LICENSES/CERTIFICATIONS**

**Professional Licensure**

| Type | State | Number | Date Issued | Expiration Date | Temp / Perm |
|------|-------|--------|-------------|-----------------|-------------|
| NBSTSA/ Certification | CA | 159656 | 06 2015 | 06 2019 | [ ] / [X] |
| BLS | CA | | 05 2015 | 05 2017 | [X] / [ ] |

Have you ever had any action taken against your professional license? No
If yes, please explain circumstances and outcome.

**DRIVING INFORMATION**

| Driver License Number | Driver License Type | Plate Number | State of Issue | Date Issued | Date Expired |
|-----------------------|---------------------|--------------|----------------|-------------|--------------|
| A9688927 | Personal | | CA | 10 2014 | 10 2018 |

**WORK HISTORY**

Please complete seven years work history , beginning with your most recent employer. Make sure you include volunteer work or other job related training which provides information on skills/abilities you have developed. It is important to be accurate and complete since your pay rate is related to your experience.

Are you currently employed?* Yes

**1. Current/most recent employer:**

Name of Company:* MGA

Street: 44 Montgomery

City:* San Francisco

State:* CA

Zip: 94104

Employer's Phone:* 415 - 421 - 8500

Other Name(s) Used: Jas

Job Title:* Certified Surgical Technologist

Employed From:* 06 2015

Employed To:* 09 2016

Starting Salary:* 33.00

Ending Salary:* 33.00

Supervisor's Name: Taylor

Employment Status: Other

Job Duties and Responsibilities:*
Have a flexible schedule, be able to travel to different locations and facility. Be able to scrub in all procedures assist Surgeons with surgery. Prepare equipment, and instruments per procedure. Be able to work independently, work with surgical team to perform outstanding patient care. Great the patient with courtesy, treat coworkers with respect. Have good communicating skills.

Reason For Leaving:*
Employed

Do you have additional work history to add?*
Yes

**2.**

Name of Company:*

Job Application

University of Davis

Street: 2315 Stockton Street

City:* Sacramento

State:* CA

Zip: 95817

Employer's Phone:* 916 - 734 - 2011

Other Name(s) Used: Jasbir Soman

Job Title:* Principle Surgical Technologist

Employed From:* 08 2015

Employed To:* 09 2016

Starting Salary:* 36.00

Ending Salary:* 36.00

Supervisor's Name: Julie Kabashi

Employment Status: Part Time

Job Duties and Responsibilities:*
Be able to work independently at an expert level. Have expert knowledge of surgical equipment, surgical instruments for specified procedures, anatomy, physiology. Be able to set the back table up in a timely manner. Work in a fast passed environment. Be task oriented, have good memory of Surgeons techniques. Be aware of sterility before and during procedure. Plan ahead with surgeon for the next case. Preform in procedures such as Cataract, breast procedures, general, podiatry, Neurology, Laminectomy, Craniotomy,ENT, Orthopedic, total joints, arthroscopy, sports medicine, fractures, amputations, vascular procedures, Gyn, laparotomy, urology. Work with surgical team communicate with each with politeness and respect. Provide outstanding patienl care.

Reason For Leaving:*
Employed

Do you have additional work history to add?*
Yes

3.

Name of Company:* Stanford University Medical Center

Street: 300 Pasteur dr

City:* Palo Alto

State:* CA

Zip: 94305

Employer's Phone:* 650 - 723 - 4000

Other Name(s) Used:

Job Title:* Certified Surgical Technologist

Employed From:* 06 2015

Employed To:* 08 2015

Starting Salary:* 43.00

Ending Salary:* 43.00

Supervisor's Name: Chad Hanna

Employment Status: Full Time

Job Duties and Responsibilities:*
Specialized In orthopedic trauma. Be able to assist Surgeons and Residents in all procedure. Have knowledge of anatomy and physiology. Be able to work with different vendors and sets of instruments. Follow sterile technique. Follow all University protocols and procedures when it comes to instrumentation and sponge counts. Work in a fast passed and stressful environment. Assist in procedures such as; fractures of the head, face and limbs. General, Vascular, cell replacement, bone grafting, angle procedure, stem cell plantation.

Reason For Leaving:*
Schedule change

Do you have additional work history to add?*
Yes



4.

Name of Company:* Mills Peninsula

Street: 1501 Trousdale Dr

City:* Burlingame

State:* CA

Zip: 9410

Employer's Phone:* 650 - 696 - 5400

Other Name(s) Used:

Job Title:* Surgical Technologist

Employed From:* 02 2006

Employed To:* 05 2015

Starting Salary:* 29.00

Ending Salary:* 39.00

Supervisor's Name: Dennis Oleary

Employment Status: Full Time

Job Duties and Responsibilities:*
Work in both out patient surgery center and
main hospital. Pick cases and implants,
confirming implants with Registered Nurse
and Surgeon at the time of use. Confirm all
medications and specimens received. Be
able to mix medication as requested by
Surgeon. Label all medications and fluids
on the back table, participate in time out.
Be able to assist in all surgical
assignments such as; laparoscopic cases,
general and gyn, cataract, ent, breast,
plastic cases, breast augmentation, total
body lift, fat injection, gender
reassignment, feminization.

Reason For Leaving:*
Reduced hours/ canceled working days

Do you have additional work history to add?*
Yes

5.

Name of Company:* Kaiser Hospital

Street: 2238 Geary blvd

City:* San Francisco

State:* CA

Zip:

Employer's Phone:* 415 - 833 - 2000

Other Name(s) Used:

Job Title:* Surgical Tech/ Medical
Assistant

Employed From:* 01 1997

Employed To:* 02 2006

Starting Salary:* 12.00

Ending Salary:* 29.00

Supervisor's Name: Mary Kirkwood

Employment Status: Part Time

Job Duties and Responsibilities:*
Be able to assist in all procedures.
Specialty in Neurology, bariatric and
orthopedic. Set up equipment and
instruments to specified procedures, be
able to add adjustments to preference
cards. Open needed items only practice
caution not to waste items practice sterile
technique. Have good communication
skills, have good critical thinking skills.
Perform counts and label medication as
policy requires. Communicating with staff
members in a professional, respectful
manner. Showing compassion to the
patients. Providing out standing patient
care service.

Reason For Leaving:*
Promotion

Do you have additional work history to add?*
No

Job Application

MILITARY SERVICE

Were/Are you a member of the U.S. Armed Forces? No

Branch of Service:

Period of Active Duty:    From:

To:

Highest rank held:

Type of Separation/Discharge:

RESUME

**Resume**
To cut and paste your resume:

1. Highlight the text on the resume you want to copy.
2. Press 'Ctrl C' to copy (Hold down the Ctrl key and press C).
3. Place the cursor in the **RESUME** box below.
4. Press 'Ctrl V' to paste the information.

**Cover Letter**
Dear Preoperative Manager,

I am very interested in being part of your surgical team. I value your excellent service provided to the community. I have accumulated lots of experience over the years in the communities and hospitals I have worked at. I believe working with the surgical team at Highland Hospital will be a great fit for me. Thank you for your time in reviewing my application. I look forward to speaking with you soon via email or phone.

Sincerely,

Jas Soman
**Resume**

REFERENCES

Please provide three professional references.

| Name | Phone Number | Address | Relationship |
|---|---|---|---|
| Juan Cruz | 650 - 862 - 7890 | Mountain View | Friend/ coworker |
| Shashi Ragwhan | 209 - 765 - 6410 | Marin | Coworker |
| Dr. David Elison | 650 - 652 - 8580 | Bulingame | Co Worker |

ADDITIONAL INFORMATION

Minimum Salary Desired: 40.00

*If the shift you are interested in is filled can we consider you for the same job classification, but with a different schedule and/or different shift.   Yes

When will you be available to begin work? ASAP

How did you find out about this position?* Other

Please enter "Other" source: Highland career website

If you were referred by a current employee, enter their name and department:

Job Application                                                      Page 7 of 8

| If you have any relatives currently employed by Alameda Health System list their names and Departments: | Which job status/shift would you accept? (please check all that apply) |
|---|---|

Status          Shift
(X) Full Time   (X) Day
(_) Part Time   (X) Evening
(_) SAN         (X) Night
(_) Contract    (X) Weekend
(_) Temporary   (X) Rotating Shifts

**Please answer all of the following questions.**

* No    If you are under 18 years of age, can you provide required proof of your eligibility to work?

* Yes   Are you legally eligible for employment in the United States?

> If yes, and you are not a U.S. Citizen, please provide the number of your Resident Alien or Work Authorization Card.
> Form 1-15: Form 1-94: Class

* Yes   Can you travel if a job requires it?

* Yes   Alameda Health System is a tobacco-free employer. Will you be able to comply with this policy?

* No    Are you currently receiving ACERA?

* No    Have you ever been employed by Alameda Health System or any of its affiliates in any capacity?

> If yes, hire date and department?
> Hire Date:Department:

* Yes   Have you previously filed an application with Alameda Health System or any of its affiliates?

> If yes, please provide name of affiliate(s):
> Alameda Hospital

* No    Have you ever been convicted of a crime other than a minor traffic offense (including Military Service)?

> If yes, please explain.
>
> *(Alameda Health System conducts criminal record checks. Failure to divulge complete information will disqualify you from employment. However, conviction will not necessarily disqualify an applicant from employment).*

* No    Are you charged with an unresolved criminal charge? (Are you charged with a crime that has not yet resulted in a plea of guilty, court trial, deferred adjudication or dropping of the charge? )

> If yes,explain fully.

READ AND SIGN

## Read the following carefully before signing.

I hereby authorize investigation of all information contained in this application and agree that any misleading, false statements or omissions would be cause for rejection of this application or for discharge if I am employed, regardless of the time elapsed since my hire date. I understand and agree that any offer of employment will be conditioned upon satisfactory work references and I hereby authorize Alameda Health System to thoroughly investigate my past employment. **I authorize the references I have listed to disclose to Alameda Health System any and all information related to my work records, without giving me prior notice of such disclosure.** I hereby agree to execute any documents Alameda Health System deems necessary to such investigation and I agree to cooperate in such investigation. Furthermore, I release Alameda Health System and all persons, companies or corporations from any and all claims, demands or liabilities arising out of, or in any way related to such investigation or disclosure.

Job Application                                                    Page 8 of 8

I understand, that as a condition of employment, I must successfully complete a post-offer job related medical examination. I agree to sign all necessary consents for the release of medical information to Alameda Health System for its use in evaluating my fitness to perform the position for which I am applying. I also understand that a job offer, or my continued employment if hired, is contingent upon my ability to perform the essential functions of my job, with or without reasonable accommodation. If I am offered a position with Alameda Health System, I agree that I will comply with all of its rules, regulations and policies.

I certify that I have personally completed this application and that the information contained herein is true and correct to the best of my knowledge. I verify that I have read, understand and consent to the above.

My typed name below shall have the same force and effect as my written signature.

Candidate's/Applicant's Signature: Jas Soman

Date: September 8, 2016

EXHIBIT B



### NOTICE REGARDING BACKGROUND INVESTIGATION
[IMPORTANT – PLEASE READ CAREFULLY BEFORE SIGNING ACKNOWLEDGMENT]

Employer ("the Company") may obtain information about you from a consumer reporting agency for employment purposes. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with sources such as your neighbors, friends, or associates. These reports may be obtained at any time after receipt of your authorization and, if you are hired, throughout your employment. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report. Please be advised that the nature and scope of the most common form of investigative consumer report obtained with regard to applicants for employment is an investigation into your education and/or employment history conducted by Corporate Screening Services, Inc., 16530 Commerce Court, Cleveland, OH 4413, Phone: 800-229-8606, Fax: (440) 243-4204 or another outside organization. The scope of this notice and authorization is all-encompassing, however, allowing Employer to obtain from any outside organization all manner of consumer reports and investigative consumer reports now and, if you are hired, throughout the course of your employment to the extent permitted by law. As a result, you should carefully consider whether to exercise your right to request disclosure of the nature and scope of any investigative consumer report.

New York applicants or employees only. You have the right to inspect and receive a copy of any investigative consumer report requested by Employer by contacting the consumer reporting agency identified above directly.

### ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" at any time after receipt of this authorization and, if I am hired, throughout my employment. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by Corporate Screening Services, Inc., another outside organization acting on behalf of Employer, and/or Employer itself. I agree that a facsimile ("fax") or photographic copy of this Authorization shall be as valid as the original.

Minnesota and Oklahoma applicants or employees only: Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company: ☐

California applicants or employees only: By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report if one is obtained by the Company at no charge whenever you have a right to receive such a copy under California law. ☒

Name: Jas K Soman

Social Security Number ▨▨▨▨▨▨  DOB** ▨▨▨▨▨
**Date of Birth is being requested in order to obtain accurate retrieval of records.

Current Address ▨▨▨▨▨▨▨▨▨▨

City ▨▨▨▨▨  / State ▨▨▨  / Zip ▨▨▨

Drivers License Number/State ID ▨▨▨▨▨  State ▨▨

Signature Jas Soman _____  Date: ▨▨▨▨▨

ANSWER REQUIRED: OK to contact current / most recent employer? ☒ Yes ☐ No

Information in this document is intended only as a service to inform or be educational in nature. Nothing herein should ever be construed as legal advice or opinion, nor as the offer of such.

# EXHIBIT C

## NOTICE REGARDING BACKGROUND INVESTIGATION
### [IMPORTANT -- PLEASE READ CAREFULLY BEFORE SIGNING ACKNOWLEDGMENT]

Alameda Health System ("the Company") may obtain information about you from a consumer reporting agency for employment purposes. Thus, you may be the subject of a "consumer report" and/or an "investigative consumer report" which may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with sources such as your neighbors, friends, or associates. These reports may be obtained at any time after receipt of your authorization and, if you are hired throughout your employment. You have the right, upon written request made within a reasonable time after receipt of this notice, to request disclosure of the nature and scope of any investigative consumer report. Please be advised that the nature and scope of the most common form of investigative consumer report obtained with regard to applicants for employment is an investigation into your education and/or employment history conducted by Corporate Screening Services, Inc., 16530 Commerce Court, Cleveland, OH 44130, Phone: 800-229-8606, Fax (440) 243-4204 or another outside organization. The scope of this notice and authorization is all-encompassing, however, allowing the Company to obtain from any outside organization all manner of consumer reports and investigative consumer reports now and, if you are hired throughout the course of your employment to the extent permitted by law. As a result, you should carefully consider whether to exercise your right to request disclosure of the nature and scope of any investigative consumer report.

New York applicants or employees only. You have the right to inspect and receive a copy of any investigative consumer report requested by the Company by contacting the consumer reporting agency identified above directly.

### ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION and A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT and certify that I have read and understand both of those documents. I hereby authorize the obtaining of "consumer reports" and/or "investigative consumer reports" at any time after receipt of this authorization and if I am hired throughout my employment. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by Corporate Screening Services, Inc., another outside organization acting on behalf of the Company. I agree that a facsimile ("fax") or photographic copy of this Authorization shall be as valid as the original

Minnesota and Oklahoma applicants or employees only. Please check this box if you would like to receive a copy of a consumer report if one is obtained by the Company. [ ]

California applicants or employees only. By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report if one is obtained by the Company at no charge whenever you have a right to receive such a copy under California law.

First Name:      M

Last Name:

Social Security Number:

Date of Birth:

Current Address:

City:

State:

Zip:

Ok to contact current employer?

State:      License Number:

### NOTICE REGARDING BACKGROUND INVESTIGATION
### PURSUANT TO CALIFORNIA LAW

Alameda Health System (the "Company") intends to obtain information about you from an investigative consumer reporting agency and/or a consumer credit reporting agency for employment purposes. Thus, you can expect to be the subject of "investigative consumer reports" and "consumer credit reports" obtained for employment purposes. Such reports may include information about your character, general reputation, personal characteristics, and mode of living. With respect to any investigative consumer report from an investigative consumer reporting agency ("ICRA"), the Company may investigate the information contained in your employment application and other background information about you including but not limited to obtaining a criminal record report, verifying references, work history, your social security number, your educational achievements, licensure, and certifications, your driving record, and other information about you, and interviewing people who are knowledgeable about you. The results of this report may

be used as a factor in making employment decisions. The source of any investigative consumer report (as that term is defined under California law) will be Corporate Screening Services, Inc., 16530 Commerce Court, Cleveland, OH 44130, Phone: 600-229-0606, Fax: (440) 243-4204. The source of any credit report will be [add name of credit bureau].

The Company agrees to provide you with a copy of an investigative consumer report when required to do so under California law.

Under California Civil Code section 1786.22, you are entitled to find out from an ICRA what is in the ICRA's file on you with proper identification, as follows:

- In person, by visual inspection of your file during normal business hours and on reasonable notice. You also may request a copy of the information in person. The ICRA may not charge you more than the actual copying costs for providing you with a copy of your file.

- A summary of all information contained in the ICRA's file on you that is required to be provided by the California Civil Code will be provided to you via telephone, if you have made a written request, with proper identification, for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to you.

- By requesting a copy to be sent to a specified address by certified mail. ICRAs complying with requests for certified mailings shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the ICRAs

"Proper identification" includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the ICRA require additional information concerning your employment and personal or family history in order to verify your identity.

The ICRA will provide trained personnel to explain any information furnished to you and will provide a written explanation of any coded information contained in files maintained on you. This written explanation will be provided whenever a file is provided to you for visual inspection.

You may be accompanied by one other person of your choosing, who must furnish reasonable identification. An ICRA may require you to furnish a written statement granting permission to the ICRA to discuss your file in such person's presence.

My typed name below shall have the same force and effect as my written signature.

[signature] Soman

September 8, 2015

[Nature and Scope]

NATURE AND SCOPE OF INVESTIGATIVE CONSUMER REPORT
*California Use Only*

*Check the background criteria ordered for the candidate*

| | Alameda Health System

Social Security Number Trace
County Criminal Record Search
Dept of Motor Vehicles
Education Verification
Licensure Verification
Employment Verification – (5yr history)
Cumulative Sanction Report - OIG List Search
Excluded Parties / Debarment Report - GSA List Search
Workers Compensation Search – (LIST BELOW THE STATE TO BE SEARCHED)