UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAS SOMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA HEALTH SYSTEM,<br><br>　　　　　　　Defendant. | Case No. 17-cv-06076-JD<br><br>**JUDGMENT** |

Pursuant to the motion to dismiss order filed on December 3, 2018, Dkt. No. 49, judgment is entered in favor of defendant and against plaintiff on the Fair Credit Reporting Act claim. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: December 3, 2018

JAMES DONATO
United States District Judge