UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAS SOMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA HEALTH SYSTEM,<br><br>    Defendant. | Case No. 17-cv-06076-JD<br><br>**ORDER RE RECONSIDERATION AND RE-OPENING CASE** |

In light of a Ninth Circuit opinion published after the Court dismissed this case, the Court advised the parties and the circuit that it would favorably view a motion for reconsideration by plaintiff. Dkt. No. 66. The circuit remanded the case on that basis, Dkt. No. 68, and the Court now grants reconsideration. The FCRA practices found to be impermissible in *Gilberg v. California Check Cashing Stores, LLC*, 913 F.3d 1169 (9th Cir. 2019), are substantively identical to the ones Soman challenges here. *Gilberg* leaves no doubt that the second amended complaint states a plausible claim.

The orders dismissing Soman's second amended complaint and entering judgment against her, Dkt. Nos. 49 and 50, are vacated. Defendant's motion to dismiss the Second Amended Complaint, Dkt. No. 44, is denied. The case is restored to active status. A scheduling conference is set for January 9, 2020.

**IT IS SO ORDERED.**

Dated: October 18, 2019

JAMES DONATO
United States District Judge